BLONDET, DEMANDANTE Y APELADA, *v.* BENÍTEZ ET AL., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Segundo, en pleito sobre desahucio. Moción para que se desestime la apelación.

No. 3152.—Resuelto en marzo 6, 1924.

DESESTIMACIÓN DE APELACIÓN POR TARDANZA EN LA RADICACIÓN—DESESTIMACIÓN DE APELACIÓN POR FRIVOLIDAD.—Para que proceda la desestimación de una apelación de acuerdo con la regla 59 del reglamento del Tribunal Supremo no basta que hayan transcurrido noventa días desde que se presentó el escrito de apelación sin que se haya radicado la transcripción, sino que debe demostrarse la falta de diligencia del apelante o que la apelación es frívola.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. M. Tous Soto.*

Abogados de la apelada: *Sres. R. H. Blondet* y *J. Valldejuli.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

Esta es una moción para que desestimemos la apelación interpuesta por los demandados contra la sentencia de desahucio que dictó la corte inferior a favor de la demandante.

La moción se funda en la regla 59 de esta Corte Suprema, primero, porque han transcurrido más de 90 días sin

que los apelantes hayan presentado el récord; y segundo, porque en todo caso, la apelación es frívola y a los demandados no les asiste una buena y justa causa para seguir pleiteando. Dicha moción fué radicada en esta corte el 4 de febrero de 1923.

Los apelantes se opusieron a la moción, y al escrito de oposición de fecha 12 de febrero de 1923, acompañaron el legajo de la sentencia y la exposición del caso.

La apelación fué interpuesta el 22 de agosto de 1923; en 31 de dicho mes y año se les concedió una prórroga de 20 días a los apelantes para radicar el proyecto de exposición del caso, el cual fué radicado en la corte inferior el 14 de septiembre de 1923. La corte inferior ordenó la adición del mismo de ciertos particulares y el proyecto fué nuevamente presentado el 19 de septiembre de 1923 y certificado por el juez inferior el 22 de enero de 1924. No aparece por tanto de los procedimientos relacionados, la falta de diligencia que se imputa a los demandados para proseguir su apelación porque no basta que transcurran simplemente los 90 días a que se contrae la regla 59 *supra,* sino que debe demostrarse satisfactoriamente la falta de diligencia en los apelantes para continuar y estar al cuidado en los medios preparatorios de su apelación.

En cuanto a la frivolidad de la apelación, no habiéndose demostrado a satisfacción del tribunal que lo sea, no ha lugar tampoco a su desestimación.

Por lo expuesto, la moción de desestimación se declara sin lugar.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.